IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VACHON COMBS, | : |
|     Petitioner | : |
|         v. | : Case No. 3:25-cv-125-KAP |
| MICHAEL UNDERWOOD, WARDEN, | : |
| F.C.I. LORETTO, | : |
|     Respondent | : |

<u>Memorandum Order</u>

Petitioner, formerly an inmate at F.C.I. Loretto, submitted a petition for a writ of habeas corpus, *see* 28 U.S.C.§ 2241, in April 2025 that was closed for lack of a filing fee, then reopened when petitioner paid the filing fee. Petitioner has been designated to a halfway house, according to the Bureau of Prisons website. Petitioner did not provide a service copy of his petition (which means he also did not pay the cost of service), and petitioner did not file a change of address.

It is not clear whether the petition is moot, but arguably petitioner has failed to prosecute it. It is not the duty of the court to locate litigants, but a copy of this order will be sent to the current address listed for the petitioner. If the matter is not moot, petitioner shall send the Clerk a service copy of the petition, and the Clerk shall forward it to the Marshal for service, costs to be borne by the petitioner (or by the United States if petitioner files a proper motion to proceed *in forma pauperis*). The respondent shall file a response within sixty days of service. Failure by the petitioner to advise the Clerk of his address may lead to dismissal of the petition without further notice.

DATE: February 23, 2026

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Vachon Combs Reg No. 18366-509
New York RRM
201 Varick Street, Room 849
New York, NY  10014